**WHITE & CASE LLP**
Samuel P. Hershey
Lucas Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
        lucas.curtis@whitecase.com
        nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**

Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
        devin.rivero@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
        laura.baccash@whitecase.com

– and –

**ASK LLP**
Marianna Udem
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
        kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | § § | Case No. 22-10964 (MG) |
| Reorganized Debtors.[1] | § § § | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor

| | |
|---|---|
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>    Plaintiff,<br><br>v.<br><br>EMILE JOHN SCHIFF,<br><br>    Defendant. | §<br>§<br>§ Adv. Proc. No. 24-03065 (MG)<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## <u>DECLARATION REQUESTING CLERK'S ENTRY OF DEFAULT</u>

I, Kara E. Casteel, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am an attorney employed by ASK LLP, the attorneys of record for Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors (the "<u>Plaintiff</u>"). I am one of the attorneys responsible for representation of the Plaintiff in this adversary proceeding. I have personal knowledge of the facts set forth below and if called as a witness to testify as to matters stated herein, I would be willing and competent to do so.

2.     I respectfully submit this Declaration Requesting Clerk's Entry of Default against the above-named defendant, EMILE JOHN SCHIFF, (the "<u>Defendant</u>"), for failure to answer or otherwise defend herein.

3.     ASK LLP was retained by Plaintiff to avoid and recover preferential payments made to certain creditors in the above-captioned bankruptcy case under 11 U.S.C. §§ 547-550 and 502.

4.     On or about 3/6/2026, the Litigation Administrator, through his professionals, caused the Summons and Complaint in this Adversary Proceeding to be served upon Defendant. A true and correct copy of the Certification of Service is attached hereto as **Exhibit 1** and

---

Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

incorporated herein by this reference.

5.      The time within which the Defendant may answer or otherwise move with respect to the Complaint as provided by the Summons, Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, the *Order Granting Revised Motion For an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code*, and the *Order Granting Motion for Order Authorizing Alternative Service on Certain Preference Defendants* has expired. Defendant has not answered or otherwise moved with respect to the Complaint, and the time for Defendant to do so has not been extended. The Litigation Administrator has not received notice that the service sent via electronic mail has been returned as undeliverable, nor any other notification that the Defendant was not served.

6.      I have reviewed the docket of this adversary proceeding using PACER and no answer or other appearance has been filed on behalf of the Defendant as of the date of this Declaration.

7.      To the best of my knowledge, Defendant is not an infant or incompetent person and is an individual not subject to the protection provided by the Servicemembers Civil Relief Act (50 U.S.C. §§ 3901 et seq.) because a) Defendant resides at a foreign address and b) upon information and belief, the customer verification information provided by Defendant to the Debtors did not indicate that Defendant held a United States Social Security number or otherwise indicate that Defendant would be a non-citizen living permanently and legally in the United States eligible for service in the United States military. This Declaration is made to comply with Bankruptcy Rule 7055(a), as incorporated by Bankruptcy Rule 7055.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on April 21, 2026.

                                          */s Kara E. Casteel*
                                          Kara E. Casteel, Esq.