# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Celsius Network LLC

Bankruptcy Case No.: 22–10964–mg

MOHSIN Y. MEGHJI LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST–EFFECTIVE DATE DEBTORS

Plaintiff(s),

–against–

Adversary Proceeding No. 24–03065–mg

EMILE JOHN SCHIFF

Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | EMILE JOHN SCHIFF |
| --- | --- |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 4/22/26

Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*