**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CELSIUS CUSTOMER PREFERENCE ACTIONS. | ) Adv. Proc. Case No. 24-04024 (MG) |
|  | ) |
|  | ) |
|  | ) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 15, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Entry of Default** (the applicable Entries of Default were served on each individual to whom the Entry of Default pertains, as set forth in Exhibit A)

Dated: May 21, 2026

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 21st day of May 2026 by Alberto Romero Calderon.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF

# Exhibit A



**Exhibit A**
Served via Electronic Mail

| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-02786 | A & L REED PTY LTD AS TRUSTEE FOR A & L REED FAMILY TRUST | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-03742 | AARON CHEN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-01510 | AARON KANE WILLIAMSON | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-01511 | AARON MICHAEL BLOCH | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02796 | ABIGAIL MARIE SUDAKOV | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-01526 | ADAM PAZ | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02537 | AHMAD ATALLA | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02545 | ALAN S FARRELL | ON FILE | DELIVERED | DOCKET NO. 10 - DEFAULT |
| 24-02546 | ALBERTO FAVARETTO | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02549 | ALEJANDRO VELASCO NAZARET | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02563 | ALI KORKMAZ | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02564 | ALIZESC SRL | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-01598 | AMIR HOSSIENDOUST | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02577 | ANDRE LOPES CARVALHO VIANA | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02582 | ANDRES GABRIEL VILLARREAL GOMEZ | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-01527 | ANDRES RAMIREZ | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02587 | ANDREW JOHN LAWRENCE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02593 | ANDREYOSO SUTIKNO | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02604 | ANNETTE CHRISTINE DAVIES | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 25-01068 | ANTHONY SHADUR | ON FILE | DELIVERED | DOCKET NO. 9 - DEFAULT |
| 24-02620 | ANTONY GHAZAVI | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-01550 | ARAVIND SUGUMAR | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03864 | ARCHIMEDES SOLUTIONS INC | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02634 | ARTAYA BOONSOONG | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02641 | ARTHUR TON LE | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-01563 | ASHISH SINGHAL | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-01578 | BARRY DAVID BURRIS | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03866 | BARRY JOSEPH WAACK | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02731 | BEN PATTIMORE | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-02738 | BEN WHITWORTH | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02742 | BENJAMIN MICHEL ANDRE CORNIL AMPEN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 25-01091 | BERTRAND TORRET | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-01627 | BILL HUYNH | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF



| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-01633 | BING JI SITU | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-02787 | BJORN HENRIK HALLENBORG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02795 | BLANCA VALCAZAR HERNAN GOMEZ | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-01640 | BRADFORD RANDALL HARTZELL | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02801 | BRADLEY CHRISTOPHER IRWAN | ON FILE | DELIVERED | DOCKET NO. 9 - DEFAULT |
| 24-02803 | BRADLEY JAMES MERRITT | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02804 | BRADLEY MORRISH SEWELL | ON FILE | OPENED | DOCKET NO. 10 - DEFAULT |
| 24-02809 | BREDAN JAMES DAVIS | ON FILE | OPENED | DOCKET NO. 11 - DEFAULT |
| 24-02810 | BRENDON JAMES PARRY | ON FILE | OPENED | DOCKET NO. 10 - DEFAULT |
| 24-02811 | BRENTON GARY DUMBRELL | ON FILE | OPENED | DOCKET NO. 9 - DEFAULT |
| 24-02817 | BRYAN SEGURA BARRANTES | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02827 | CAMERON ANGAD RODDHA | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02829 | CAMERON ROGER MOFFAT | ON FILE | DELIVERED | DOCKET NO. 10 - DEFAULT |
| 25-01073 | CARL TURPIN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02831 | CARLO RICO TOLUZZI | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02832 | CARLOS JAVIER PALACIN RODA | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02833 | CAROLINE CAR-LINE CHAN | ON FILE | DELIVERED | DOCKET NO. 10 - DEFAULT |
| 24-02839 | CESAR IVAN VELA RODRIGUEZ | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02842 | CHANGHAN KIM | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-01630 | CHARAN TEJA APPAM | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 25-01056 | CHARLES HAN | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02846 | CHARLIE MARC LEFRANC | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02847 | CHAWAN RATTANAKITTRAKOOL | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02848 | CHEANG SHU MIN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02850 | CHEN WEI | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02852 | CHI WAI KWOK | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02670 | CHIA HUNG HSU | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02858 | CHIU MAN TONG | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02860 | CHONG CHAO MA | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02863 | CHRISTIAN PHILIPPE BEAUMONT | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02864 | CHRISTINA HUEGELMANN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02904 | CHRISTOPHER STEPHEN WOOD | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02907 | CHUNG HONG YEO | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-01889 | COLE ISRAEL ZUCKER | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-01892 | CONSULTING OF PALM BEACH LLC | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF


| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-02966 | CORNELIS PAUL VLAGSMA | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-03660 | CRUZ LILJEGREN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02979 | CSABA DEKANY | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 25-01074 | CYRIL WITKOWSKI | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02997 | DANG HUY LAI | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-03000 | DANG LAM NGUYEN | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-03007 | DANIEL CORREA TUCUNDUVA | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03016 | DANIEL HARTYUN AZIZ | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-01923 | DANIEL JAMES RAZORE | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-01933 | DANIEL LAMAR GRIMES | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03024 | DANIELE LANDRO | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03089 | DARREN PATTERSON | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02925 | DAVID ABEL | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02933 | DAVID GARCIA CASADEMONT | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02946 | DAVID PATRICK BARRY | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03811 | DAVID REED | ON FILE | DELIVERED | DOCKET NO. 6 - DEFAULT |
| 24-02950 | DAVID STEWART NORTH | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02954 | DCHODL LIFETIME SUPER FUND | ON FILE | DELIVERED | DOCKET NO. 9 - DEFAULT |
| 24-02956 | DEEP BLUE INTERNATIONAL FZ-LLC | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02961 | DENIS SABOTIC | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02965 | DERRICK LIM | ON FILE | DELIVERED | DOCKET NO. 11 - DEFAULT |
| 24-02971 | DEVERYL ANDRE DSOUZA | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02983 | DIEGO GEROLD WOLF | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02986 | DIGITAL ASSET VENTURES LIMITED | ON FILE | OPENED | DOCKET NO. 12 - DEFAULT |
| 24-02992 | DIMITRI DIMA ANTONIADES | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02994 | DIMITRIOS PAPANASTASIOU | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03043 | DONG WOOK HA | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 25-01049 | DUNCAN CAMERON | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03051 | EDMUND ROBERT CATT | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03054 | EDUARDO FORBES HERRAN | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-01799 | EDWARD YEH | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03059 | EDWIN RICHARDS | ON FILE | DELIVERED | DOCKET NO. 9 - DEFAULT |
| 24-03065 | EMILE JOHN SCHIFF | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03067 | EMMANUEL MARIE ANTHONY CARRABIN | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-03069 | ENRICO RUSSO | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF


| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-03070 | ENZO RICARDO RUBIO MENDEZ | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03071 | ER RETIREMENT FUND PTY LTD | ON FILE | OPENED | DOCKET NO. 10 - DEFAULT |
| 25-01065 | EUGENE ONG | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 25-01048 | FABIAN BOLLAERT | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03080 | FABIAN WEBER | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03081 | FABIO NENCINI | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03082 | FADL SAAD EDDINE | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03084 | FARSHAD TEHAMI ZAFAR | ON FILE | OPENED | DOCKET NO. 11 - DEFAULT |
| 24-02871 | FERDINAND NUGROHO JAP | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-01975 | GARRETT PUTNAM KLING | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03091 | GARY GERARD SAIDLER | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03097 | GEORGE JELTE KNOTTNERUS | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03100 | GEORGES MARIE DE TILLY-BLARU | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02015 | GERARD EDWIN RUTISHAUSER | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03103 | GILLES KEVIN PIOU | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03106 | GIUSEPPE IGNAZIO ROB METTE | ON FILE | CLICKED | DOCKET NO. 5 - DEFAULT |
| 24-03107 | GIUSEPPE MURANO | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02912 | GLEN CHARLES MCGRATH | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02924 | GOKTUG HALACLI | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02930 | GRAEME MCKAGUE | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02939 | GREGG WILLIAM HENDRY | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02991 | HANQING TSIEN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02999 | HAYDEE BARROSO BANALES | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03029 | HONGMEI LEI | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 25-01070 | HOOI LEONG TEH | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03030 | HOU IN KUAN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03112 | I FAN TIEN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-01982 | INDIE SOURCE INC | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03124 | ISAAC LIM YUAN ZHUN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03125 | ISAM ADEL MANSOUR | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 25-01063 | ISLAM MOHAMED | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03128 | IVAN ROGIC | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-02014 | JAIME ALFONSO MARTIN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03138 | JAMES ALEXANDER COYLE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03870 | JAMES DANIEL JOHANTGEN | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF



# Exhibit A
Served via Electronic Mail

| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-03153 | JARIN KAENMUANG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03170 | JENNIFER LYNN MCRAE | ON FILE | DELIVERED | DOCKET NO. 9 - DEFAULT |
| 24-03659 | JESSE RICHARD HANSON | ON FILE | DELIVERED | DOCKET NO. 10 - DEFAULT |
| 24-03231 | JIM JOSEPH BRYSLAND | ON FILE | OPENED | DOCKET NO. 6 - DEFAULT |
| 24-03235 | JIMENEZ ANGELC WEERDEN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03238 | JIMMY TEO HAN KEONG | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03259 | JOEL PETER FISHLOCK | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-01846 | JOHN ANDREW NYMAN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-01704 | JOHN JOSEPH SLACK | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03277 | JOHN KARL HUNSAKER | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 25-01059 | JOHN KING | ON FILE | OPENED | DOCKET NO. 10 - DEFAULT |
| 24-01717 | JOHN LAWRENCE SILKEY | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-01730 | JOHN TIMOTHY CRESTO | ON FILE | OPENED | DOCKET NO. 9 - DEFAULT |
| 24-01740 | JONATHAN HUMPHREY | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-01745 | JONATHAN PARKER | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-03227 | JONATHAN VINCENT EMANUEL ROBRECHT | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03299 | JOSHUA TAN KENG WAH | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03348 | JUSTAS PIKELIS | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03351 | JUSTIN DALE NEUDORF | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03367 | KA MAN AU | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03275 | KADEJ SURALERTRUNGSUN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03276 | KAMIL KRZYSZTOF ORZECHOWSKI | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-01719 | KARAN DEVRAJ CHITNIS | ON FILE | DELIVERED | DOCKET NO. 9 - DEFAULT |
| 24-03293 | KARU CHONGSIRIPINYO | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03296 | KEHUI LIU | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 25-01075 | KEI MAN YEUNG | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03308 | KENNETH IVOR CRAWFORD | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03314 | KENNY HUYNH | ON FILE | OPENED | DOCKET NO. 10 - DEFAULT |
| 24-03319 | KEONHO KANG | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-01744 | KERRI BEARDEN CAPPS | ON FILE | CLICKED | DOCKET NO. 11 - DEFAULT |
| 24-03325 | KEVIN DAVID BRÜCK | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03334 | KEVIN SUNJAY SANDU | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03341 | KIM DEBORAH BOURQUIN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03354 | KING HON JUSTIN LIU | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)


| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-03368 | KLAUS GIOVANY VENTO | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03168 | KWAN HONG | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 25-01051 | LAI YUNG CHUNG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02120 | LAN ZHOU | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-03182 | LAURANIA DOMINICA COCKBURN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03190 | LEE MATTHEW BRAY | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 25-01062 | LÉONARD MERMET | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03198 | LIBING ZHANG | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03200 | LIHAN LIST | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-03207 | LIPDA CHALAOVIJIT | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03209 | LIWATI FU | ON FILE | OPENED | DOCKET NO. 9 - DEFAULT |
| 24-03234 | LORRAINE BROOKS | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02240 | LUIS MANUEL ESCOBAR | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-03267 | LUIS MIGUEL MOURATO CARDOSO | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03217 | LUKE J STRATFORD | ON FILE | OPENED | DOCKET NO. 11 - DEFAULT |
| 24-03223 | LUNG SANG SUNNY LAM | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03233 | LYUDMIL V VALTCHANOV | ON FILE | OPENED | DOCKET NO. 11 - DEFAULT |
| 24-03240 | MADISON ROSE HARTE | ON FILE | OPENED | DOCKET NO. 9 - DEFAULT |
| 24-03244 | MAIKE VOGLER | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03253 | MAN CHU LI | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 25-01072 | MANEL TSO | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02257 | MANFRED JACOB | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-03281 | MANGARI LLC | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03294 | MANUELE MOLISSO | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03310 | MARC EDMOND R LENOBLE | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03318 | MARCUS JACK CENT | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03327 | MARIA GAIL FERNANDES | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03338 | MARIUS COMANITA | ON FILE | DELIVERED | DOCKET NO. 6 - DEFAULT |
| 24-03353 | MARK FRANCIS WELTON | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03356 | MARK KUMAR BOSE | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03395 | MASSIMILIANO GARATTONI | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03396 | MATEUSZ RANT | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03409 | MAX JAMES GILBERT HUNT | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03412 | MAXIME BERNARD PAUL | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03416 | MAXIMILIAN STRYKER | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF



| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-03417 | MEHMET CAN KORUYAN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03420 | MICHAEL ANDREW FIELDING | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03423 | MICHAEL ENCARNACION | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03425 | MICHAEL JAMES HARRIS | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03430 | MICHAEL NIKLAUS WEBER | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03435 | MICHAL MIROSLAW BAK | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03438 | MICHEL MANARAS | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03661 | MICHELLE CLAUDE ANNE JANIN BERTHOD | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03447 | MINA NEMATI | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 25-01050 | MING FENG CHIANG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03451 | MOH HUI SIM | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03452 | MOHAMED ALI MOHAMED NASER BASLAIB | ON FILE | CLICKED | DOCKET NO. 7 - DEFAULT |
| 24-03458 | MOUCHEG MOURADIAN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03460 | MUHAMMET KANTUROVSKI | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03466 | NADIM KARAM | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03469 | NALIN BAHUGUNA | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03471 | NATHAN LUKE DEWAR | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03473 | NATHANIEL TRISTIM HODGES | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03475 | NECULAI-CRISTIAN ZADEA | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03493 | NEIL ANTHONY DUNDON | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03504 | NGAI LAU | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03470 | NGOC PHU BUI | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-03476 | NICHOLAS CHARLES POLLOCK | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-03491 | NIKLAS LARS MARKUS SJOSTEN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03500 | OCTAVE CHARLES ELIOT ANTOINE GDERVIEU | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03505 | OKKY YUDHISTA ASMARANY | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03509 | OLIVER EMERY LESTER | ON FILE | DELIVERED | DOCKET NO. 10 - DEFAULT |
| 24-03514 | OLIVIA HILARY ARLENE PEEL | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03518 | OMAR MAHMOUD HANY MOHAMED KAMEL AL-SOBKY | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03530 | ON YAVIN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 25-01054 | PASCAL JEAN EMMANUEL FAUCON | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF

Page 9 of 12


| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-03548 | PATATRAT PANYAVUDHIKRAI | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03550 | PATRICE ALBERT EUGENE MASSON | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03556 | PAUL B MCKENZIE | ON FILE | DELIVERED | DOCKET NO. 13 - DEFAULT |
| 24-03570 | PAUL SETH | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03584 | PEK KUAN CHON | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03586 | PEKKA OLAVI SAARINEN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02266 | PHILLIP D SYKES | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-03616 | PINGAO WANG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03620 | PIRATH YENSUDJAI | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03636 | QIONG ZHANG | ON FILE | DELIVERED | DOCKET NO. 10 - DEFAULT |
| 24-03535 | RAJA RAHEEL ACKRIM | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03537 | RAJPAL SINGH | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03547 | REECE ANTHONY SMITH | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03553 | RHETT WILLIAM PRIDGEON | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03557 | RICHARD ARTHUR COLE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03630 | ROBERT ALLISON | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03637 | ROBERT GROEN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03646 | ROBYN BERNICE NEWBERRY | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02116 | ROLANDO VILLANUEVA GUTIERREZ | ON FILE | CLICKED | DOCKET NO. 8 - DEFAULT |
| 24-03653 | ROSS WOOLF | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02148 | RUBEN SOTO | ON FILE | OPENED | DOCKET NO. 8 - DEFAULT |
| 24-03487 | SAMUEL ALEXANDER KEATS | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03503 | SAN CHI CHAO | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03512 | SANJAY FRANCIS GEORGE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02270 | SATYAM PRAKASH KALAN | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03571 | SEAN ANACLETO DSOUZA | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03576 | SEO JEONG MOON | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03583 | SEREE THONGKAMTANG | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03585 | SERGEY SUDAKOV | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03588 | SERGIO SOTELO SORT DE SANZ | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03592 | SEUNG GI LEE | ON FILE | CLICKED | DOCKET NO. 7 - DEFAULT |
| 24-03599 | SHAMIM ANWAR | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03601 | SHANE COLLIN ERICKSON | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03603 | SHANG QIAN HUANG | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03612 | SHEARER ROBERT FRANKLIN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF



# Exhibit A
## Served via Electronic Mail

| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-03631 | SIDDHARTH LALIT GULRAJANI | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03639 | SILVIU TIRNOVEANU | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03643 | SIMEN PLATOU | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02387 | SIMON DOUGLAS GRAHAM BRUCE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02390 | SIMON XIAO | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02394 | SIRAPOP BUNLERSSAKSKUL | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02398 | SOMHANG GANMEGN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02401 | SOUND MONEY SUPER FUND | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02406 | STANLEY WENHAN HARRISON | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02408 | STEFAN DAUPHIN VOGEL | ON FILE | OPENED | DOCKET NO. 6 - DEFAULT |
| 24-02411 | STEFANIE AYUNINGSIH A | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02413 | STEPHANE BOIVIN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02415 | STEPHANIE ANNE GROVE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02422 | STUART KERR SPINDLOW | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02431 | SUSHIL DEVADAS SHANKAR | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02433 | SYDNEY LIE TRIONO | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02435 | SYLVAIN GUILLAUME STEPHANE JORET | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02657 | TAE YOUNG KIM | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02440 | TAN LI HOWE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02441 | TAN WEN LI REEVE | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02442 | TAN YUAN HUI, KEVIN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02443 | TANOH KIM | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02444 | TAY SIEW ENG LUCIA | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02451 | THANH TUNG NGO | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02452 | THANH TUNG PHAM | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-02455 | THE TRUSTEE OF THE GROVE SUPER FAMILY FUND | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02456 | THEE HENDY KURNIAWAN | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02460 | THIERRY VINCENT TROLLE | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03804 | THOMAS M KNIGHTLY | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02486 | TOMS JANKOVSKIS | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02720 | TRAM ANH NGOC NGUYEN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02493 | TRAVIS A HANCOCK | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-02496 | TREVOR A KITCHER | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02729 | TY WILSON CAYCE | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF


| ADVERSARY CASE NO. | NAME | EMAIL | DELIVERABILITY | DEFAULT |
|---|---|---|---|---|
| 24-02743 | UTKARSH SACHAAN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |
| 24-02513 | VALENTIN JEAN-MARIE BETRIX | ON FILE | CLICKED | DOCKET NO. 5 - DEFAULT |
| 24-02515 | VAN TAI DUONG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02518 | VICTOR HUGO VILLALOBOS PAZ | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 25-01052 | VIET DOAN | ON FILE | DELIVERED | DOCKET NO. 8 - DEFAULT |
| 24-02519 | VIET NGA LE | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-02823 | WAI LAM WONG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03669 | WALID BOU ANTOUN | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-02694 | WESTMOUNT LLC | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03676 | WILHELM BRUNO G DETRY | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03679 | WILLIAM TERRY LANE | ON FILE | DELIVERED | DOCKET NO. 11 - DEFAULT |
| 24-03681 | WILSON LEK | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 25-01071 | WING FUNG TSANG | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03691 | WOOLF SUPERANNUATION FUND | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03696 | XI WEN TAN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03698 | XIHANG DAI | ON FILE | OPENED | DOCKET NO. 6 - DEFAULT |
| 24-03701 | XIN ZHAO | ON FILE | OPENED | DOCKET NO. 12 - DEFAULT |
| 24-03705 | XU XU | ON FILE | DELIVERED | DOCKET NO. 9 - DEFAULT |
| 24-03713 | YANYAN LU | ON FILE | DELIVERED | DOCKET NO. 11 - DEFAULT |
| 24-03716 | YAZAN JERIES HANNA MDANAT | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03718 | YING DU | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03719 | YING WAH LUK | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03722 | YOSSEF ELUZ | ON FILE | OPENED | DOCKET NO. 5 - DEFAULT |
| 24-03723 | YOUNGKEUN SONG | ON FILE | DELIVERED | DOCKET NO. 7 - DEFAULT |
| 24-03697 | ZAIDOON MOHAMED HUSSEIN MOHAMED ABDELHADI | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03706 | ZHONGKE CHEN | ON FILE | DELIVERED | DOCKET NO. 5 - DEFAULT |
| 24-03710 | ZIYAD TARIK CHECHAN | ON FILE | OPENED | DOCKET NO. 7 - DEFAULT |

In re: Celsius Customer Preference Actions et al v. Valenzuela et al.
Case No. 24-04024 (MG)

Document Ref: KM49Y-R5AUV-VAJTB-CZPVF